BLAIR R. CASE v. THE TOWNSHIP OF HOPEWELL.

June 1, 1976. Petition for certification denied.

STEPHANIE RUSHMORE v. THE ESTATE OF JACOB EISER.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD MOSS.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. COLLINS LINWOOD JOHNSON.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND CHANDLER.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MARTIN.

June 1, 1976. Petition for certification denied.